UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MYRIAM ZAYAS,

        Plaintiff,

v.

ADRIENNE McCOY, et al.,

        Defendants.

CASE NO. 2:24-cv-01407-RAJ

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

Because Plaintiff does not appear to have funds available to afford the filing fee, Plaintiff financially qualifies for *in forma pauperis* ("IFP") status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 1, is **GRANTED**. However, the undersigned recommends review by the assigned District Judge under 28 U.S.C. § 1915 (e)(2)(B). *See*, *e.g.*, *Zayas v. McCoy, et al.*, C24-694-JNW; *Zayas v. McCoy, et al*., C24-0621-LK; *Zayas v. Green*, C24-0624-JNW; *Zayas v. City of Issaquah*, C24-0625-JNW; *Zayas v. DeCamp*, C24-0640-RSM. The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

DATED this 6th day of September, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1